CHARLES BURKE, INC., Appellant, v. THE LAW UNION AND ROCK INSURANCE COMPANY, LTD., Respondent.— Judgment and order affirmed, with costs. No opinion. Present — Clarke, P. J., Laughlin, Smith, Page and Merrell, JJ.

ELIZABETH B. ALEXANDER, Respondent, v. THE EQUITABLE LIFE ASSURANCE SOCIETY OF THE UNITED STATES, Appellant.— Judgment affirmed, with costs. No opinion. Present — Clarke, P. J., Laughlin, Smith, Page and Merrell, JJ.; Smith, J., dissenting.

TILGHMAN S. COOPER and Others, Doing Business Together, as Copartners, etc., Respondents, v. SAMUEL P. COLT, Appellant.— Order modified as stated in order, and as so modified affirmed, with ten dollars costs and disbursements to appellant. No opinion. Present — Clarke, P. J., Dowling, Smith, Page and Greenbaum, JJ.

GEORGE NICOLAIDES, Appellant, v. AMEDEE VUCCINO and Another, Respondents.— Order reversed, with ten dollars costs and disbursements, and motion granted, with ten dollars costs. No opinion. Present — Clarke, P. J., Dowling, Smith, Page and Greenbaum, JJ.

CHARLES M. GRAY MARBLE AND SLATE CO., Respondent, v. EARLINGTON REALTY COMPANY, Appellant, Impleaded with Others.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Dowling, Smith, Page and Greenbaum, JJ.

SIGMUND KRAUTER, Respondent, v. PACIFIC TRADING CORPORATION OF AMERICA, INC., Appellant.— Order so far as appealed from reversed and motion granted in full. Bill of particulars to be served within ten days. No opinion. Present — Clarke, P. J., Dowling, Smith, Page and Greenbaum, JJ.

In the Matter of the Application of MARC KLAW, Appellant, for a Writ of Mandamus against ZIEGFELD FOLLIES, INC., Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Dowling, Smith, Page and Greenbaum, JJ.

In the Matter of the Application of MARC KLAW, Appellant, for a Writ of Mandamus against ZIEGFELD MIDNIGHT FROLICS, INC., Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Dowling, Smith, Page and Greenbaum, JJ.